THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Mary Ruth Metze, Appellant.
 
 
 

Appeal From Lexington County
 Larry R. Patterson, Circuit Court Judge
Memorandum Opinion No. 2008-MO-010
Heard January 10, 2008  Filed February
 11, 2008   
AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Shawn L. Reeves, Assistant Attorney General Michelle J.
 Parsons, all of Columbia, and  Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Affirmed
 pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: Bell v. Clinton Oil Mill, 129 S.C. 242, 124 S.E. 7
 (1924) (to constitute breach of trust
 with fraudulent intent as to property received in trust, there must be an
 appropriation thereof, accompanied by a fraudulent purpose to destroy the right
 of the true owner); and State v. Parris, 363 S.C. 477, 611 S.E.2d 501
 (2005) (on appeal from the denial of a directed verdict, an appellate court
 must view the evidence in the light most favorable to the State, and if there
 is any direct evidence or substantial circumstantial evidence reasonably
 tending to prove the guilt of the accused, the Court must find the case was
 properly submitted to the jury).
AFFIRMED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.